Hon. Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHEN DOBSON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES; INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL 15; STEVEN STUDER; JUSTIN SPAETHE; JENNIFER BACON; KCARIE CUNNINGHAM; JUSTINE HALSEY-MARTIN; MATTHEW KLEMISCH; BRIEN WEST; MATTHEW LOEB; JEREMY ODDEN; LAUREL BLAINE; and PAM MULKERN,<br><br>Defendants. | CASE NO. 2:25-cv-01448-TL<br><br>[~~PROPOSED~~] ORDER GRANTING INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES and MATTHEW LOEB'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

UPON CONSIDERATION of International Alliance of Theatrical Stage Employees and IATSE President Matthew Loeb's Motion for Extension of Time to File Answer as well as any responses and/or replies,

IT IS ORDERED that the MOTION be granted and Defendants' Answer is due two weeks after the latest of the following: (1) the Court's denial of Plaintiff's first amended application for court-appointed counsel; (2) court-appointed counsel's filing of a second amended complaint; or

[~~PROPOSED~~] ORDER GRANTING MOTION FOR
EXTENSION OF TIME – PAGE 1

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

**BARNARD IGLITZIN & LAVITT LLP**

1  (3) indication from court-appointed counsel or the Court that a second amended complaint will not

2  be entered in this matter.

3  [In the alternative, IT IS ORDERED that the MOTION be granted and International

4  Defendants' Answer is due on January 5, 2026.]

5  DATED this 5th day of December 2025.

_____
The Honorable Tana Lin
United States District Judge

*Presented by:*

*s/ Dmitri Iglitzin*
Dmitri Iglitzin, WSBA No. 17673
Marina Multhaup, WSBA No. 58877
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St., Suite 400
Seattle, WA 98119
Tel: (206) 257-6001
iglitzin@workerlaw.com
multhaup@workerlaw.com

*Attorneys for IATSE and Matthew Loeb*

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME – PAGE 2

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
**BARNARD IGLITZIN & LAVITT LLP**